**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-7015**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROLAND DEMINGO QUEEN, a/k/a Mingo,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, District Judge. (CR-95-178-WMN, CA-99-1208-WMN)

───────────

Submitted:  November 9, 2000      Decided:  November 15, 2000

───────────

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Cheryl D. Stein, Washington, D.C., for Appellant.  Andrew George Warrens Norman, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roland Demingo Queen appeals the district court's order denying his motion to alter or amend the dismissal of his motion filed pursuant to 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal based upon the reasoning of the district court. See United States v. Queen, Nos. CR-95-178-WMN; CA-99-1208-WMN (D. Md. May 22, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2